UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| TYRUS GREEN | CIVIL ACTION NO. 05-1119-A |
|---|---|
| -vs- | JUDGE DRELL |
| ROBERT TAPIA, et al. | MAGISTRATE JUDGE KIRK |

JUDGMENT OF PARTIAL DISMISSAL

The previous partial report and recommendation (Doc. 14) is noted, and, after an independent review of the record, including plaintiff's objections, and in concurring with the magistrate judge in part,

IT IS ORDERED that the Bivens claim (civil rights action) filed by plaintiff is DISMISSED WITHOUT PREJUDICE for failure to exhaust administrative remedies. The claims, based upon the Federal Tort Claims Act and state law tort claims, are hereby reserved and service has been properly ordered by the clerk. This case is sent back to Magistrate Judge Kirk for pretrial case management after service and the filing of the required plan of work.

SIGNED on this 10th day of March, 2006, at Alexandria, Louisiana.

Dee D. Drell
United States District Judge