U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

MAY 2 3 2006

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| TYRUS D. GREEN,<br>　　Plaintiff | CIVIL ACTION<br>SECTION "P"<br>NO. CV05-1119-A |
| VERSUS | |
| U.S. DEPARTMENT OF JUSTICE,<br>et al.,<br>　　Defendants | JUDGE DEE D. DRELL<br>MAGISTRATE JUDGE JAMES D. KIRK |

## J U D G M E N T

For the reasons contained in the Supplemental Report and Recommendation of the Magistrate Judge previously filed herein, and after a de novo review of the entire record and the written objections filed herein, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that IT IS ORDERED that Green's motion to vacate the judgment of partial dismissal is DENIED.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this 22ND day of May, 2006.

　　　　　　　　　　　　　　　　　DEE D. DRELL
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE