U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

MAY 3 0 2007

ROBERT H. SHEMWELL, CLERK
BY _____
               DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

TYRUS GREEN,
     Plaintiff

VERSUS

ROBERT TAPIA, et al.,
     Defendants

CIVIL ACTION
NO. CV05-1119-A

JUDGE DEE D. DRELL
MAGISTRATE JUDGE JAMES D. KIRK

### J U D G M E N T

For the reasons contained in the *ORIGINAL AND Supplemental* Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Green's complaint against Robert Tapia, Bobby Tyler, Percy Johnson, Henry Bowers, Alberto Pimentel, Clayton Lucas, Andrew Howard, Christopher Stockton, and Officer Johnson is DISMISSED WITHOUT PREJUDICE pursuant to Fed.R.Civ.P. 4(m).

IT IS FURTHER ORDERED that the defendants' motion to dismiss is GRANTED AND Green's action against the Department of Justice and the Bureau of Prisons is DENIED AND DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED that Green's supplemental state law claims are DISMISSED WITHOUT PREJUDICE.

THUS ORDERED AND SIGNED in Chambers at *Alexandria*, Louisiana, on this 25 day of *May*, 2007.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE